UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


<u>United States of America</u>

    v.                              Case No. 03-cr-87-01-PB

<u>Lionel Robinson</u>


ORDER

    Re: Document No. 35, Motion on Supervised Release

    Ruling:


I would prefer that the defendant remain under supervision for another year but I agree that the immediate termination of supervised release is preferable to denying the defendant the opportunity to relocate to the district where his chances of successful rehabilitation are greatest. Accordingly, I will grant the motion in 30 days unless the probation office in North Carolina agrees to supervise the defendant for another 12 months. In the meantime, the defendant's conditions of supervised release are modified to permit him to remain in North Carolina without active supervision by the local probation office.


                                        /s/ Paul Barbadoro
                                        Paul Barbadoro
                                        U.S. District Judge

Date: March 9, 2009

cc: Counsel of Record
    US Probation
    US Marshal